**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER ON MOTION FOR REHEARING**

Appellate case name:      Onas Jamal v. Woodbridge Crossing

Appellate case number:    01-16-00726-CV

Trial court case number:   1081258

Trial court:             County Civil Court at Law No. 1 of Harris County

      Appellant's motion for rehearing is **denied**.

Judge's signature:    */s/ Michael Massengale*
                       Acting for the Court

Panel consists of: Justices Jennings, Higley, and Massengale

Date: December 4, 2018